# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 10, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139204 & (3)(4)(5)

JUVENILE LAW GROUP OF THE LEGAL
AID AND DEFENDER ASSOCIATION,
INC., OF DETROIT, GEORGE EDDIE LONG,
and DESIREE MALLORY-BEY,
      Plaintiffs,

v
                                     SC: 139204

CHIEF JUDGE OF THE WAYNE COUNTY
CIRCUIT COURT, PRESIDING JUDGE OF
THE WAYNE COUNTY CIRCUIT COURT,
FAMILY DIVISION - JUVENILE,
      Defendants.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief. The motions for miscellaneous relief are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

July 10, 2009
_____                     _____
d0710                                         Clerk